U.S. DISTRICT COURT
NORTHERN DIST. OF
FILED

2014 JAN 10 PM 4:2

DEPUTY CLERK _____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-10087
Conference Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
December 17, 2013
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

                Plaintiff-Appellee

v.

WALTER HENRY JOHNSON, also known as Koo-Koo,

                Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:12-CR-175-16

Before DAVIS, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    The attorney appointed to represent Walter Henry Johnson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Johnson has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.