UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

## Report on Person Under Supervision - Early Termination Requested

| | |
|---|---|
| Person Under Supervision: | Walter Henry Johnson, III |
| Case No.: | 3:12-CR-00175-O(16) |
| Name of Sentencing Judge: | U.S. District Judge Reed O'Connor |
| Date of Original Sentence: | January 15, 2013 |
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. §846 and 841(a)(1) & (b)(1)(A), A Class A felony |
| Original Sentence: | 120 months custody, 60-month term of supervised release |
| Revocations: | None |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | October 16, 2020 |
| Assistant U.S. Attorney: | Brandon N. McCarthy |
| Defense Attorney: | Robert O. Rafuse (Court appointed) |

## Request to Terminate Supervision Prior to the Original Expiration Date

The following information/request is being presented for the Court's review and decision:

Walter Henry Johnson, III began his term of supervised release on October 16, 2020, in the Southern District of Texas, Houston Division. On July 14, 2021, he transferred to the Northern District of Texas, Wichita Falls Division. Upon release from custody, Mr. Johnson established a stable residence and continues to reside in Wichita Falls, Texas. Mr. Johnson is currently employed at Home Depot in Wichita Falls, Texas.

While on supervised release, Mr. Johnson successfully completed his special conditions and cooperated with his supervision officer. Mr. Johnson successfully completed outpatient substance abuse treatment on March 1, 2022. He has worked on his risk factor of substance abuse by establishing a stable support system. He is remaining sober by utilizing the tools learned in treatment to identify relapse triggers and avoiding associations with anti-social peers.

Mr. Johnson has demonstrated a willingness and capability to remain lawful beyond the period of supervision. A criminal records check was completed on February 21, 2023, which revealed Mr. Johnson has no new criminal history since being placed on supervised release.

Pursuant to Rule 32.1(c) of the Federal Rule of Criminal Procedure, the Office of the U.S. Attorney was advised of our plan to request an early termination of supervision ten business days prior to submission to the Court. Assistant U.S. Attorney Alex Lewis has been notified of the request for early termination and agrees with the recommendation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2023
Respectfully submitted,

Approved,

s/Joshua Teel
U.S. Probation Officer
Prepared by U.S. Probation Technician
Hunter Durham
Wichita Falls Division
Phone: 940-235-4745

s/Holly Christensen
Supervising U.S. Probation Officer
Phone: 972-955-0928

**Order of the Court:**

☒ Petition is Granted. The Court agrees with the recommendation of the probation officer and orders that Walter Henry Johnson be discharged from supervision and the proceedings in this case be terminated.

☐ Petition is Denied.

☐ Other or Additional:

☐ File under seal until further order of the Court.

Reed O'Connor
U.S. District Judge
4/17/2023
Date

JT

* Attachment